IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA      *

                                        *      CRIMINAL NO.  09-00133-CG

v.                                *

                                        *

GEORGE M. CORSON          *

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on August 27, 2009, pursuant to a Plea Agreement entered by

Defendant, **GEORGE M. CORSON**, and the United States of America, which provided,

*inter alia*, that **GEORGE M. CORSON**, would enter a plea of guilty to Count One of the

Indictment, charging him with possession and attempting to possess material containing

images of child pornography in violation of Title 18 U.S.C. §2252(a)(5)(B) and Section

2256(8)(A).   The defendant agreed in the Plea Agreement to immediately forfeit to the

United States all of his right, title, and interest to all property which is set forth in Count

Two of the Indictment and which is forfeitable to the United States pursuant to Title 21

United States Code, Section 2253.  Pursuant to the plea agreement the defendant also

agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the

property and agreed and consented that the Order of Forfeiture in this case would become

final as to him at any time after the guilty plea and before his sentencing in accordance

with Federal Rules of Criminal Procedure 32.2(b)(3).  Pursuant to the Plea Agreement,

Defendant, **GEORGE M. CORSON**, agreed to and confessed to forfeit the following

property:

     1. (1) Maxtor 40GB IDE HD # 2F040J0310613 Removed from a Gateway

computer

2.  (1) Western Digital 80 GB IDE HD # WCAM9U813189, removed from
a Gateway computer

**WHEREAS,** the United States properly published notice of the forfeiture of the

above-described property and the requirements for filing a claim for the property for 30

consecutive days starting November 20, 2009, on www.forfeiture.gov.   A Proof of

Publication was filed on December 21, 2009, (Doc. 26), specifying the details of this

publication.  No third-parties have come forward to assert an interest in the subject

property in the time required under Title 21 U.S.C. §853(n)(2).

NOW THEREFORE**, IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** that the following property is forfeited to the United States of America

pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of

Criminal Procedure 32.2(b), for disposition according to law:

1. (1) Maxtor 40GB IDE HD # 2F040J0310613, removed from a Gateway
computer.
2.  (1) Western Digital 80 GB IDE HD # WCAM9U813189, removed from a
Gateway computer.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case

for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3)

certified copies of this Order to Assistant United States Attorney Sean P. Costello.

DONE and ORDERED this 24th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE